1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**
7
**DISTRICT OF NEVADA**
8
                                                    Case # 3:18-cv-00008-MMD-VPC
9
ADDISON HEMPEL, et al.,
10
            Plaintiff(s),                           **VERIFIED PETITION FOR**
                                                    **PERMISSION TO PRACTICE**
                                                    **IN THIS CASE ONLY BY**
11
      vs.                                           **ATTORNEY NOT ADMITTED**
                                                    **TO THE BAR OF THIS COURT**
CYDAN DEVELOPMENT, INC., CYDAN
                                                    **AND DESIGNATION OF**
12
II., INC., VTESSE, INC., and SUCAMPO                **LOCAL COUNSEL**
PHARMACEUTICALS, INC.,
13
            Defendant(s).
14
                                                    FILING FEE IS $250.00
15
16            _____Paul B. Gaffney_____, Petitioner, respectfully represents to the Court:
                     (name of petitioner)
17
        1.      That Petitioner is an attorney at law and a member of the law firm of
18
_____Williams & Connolly LLP_____
19                                          (firm name)
20  with offices at _____725 Twelfth Street, NW_____,
                                        (street address)
21
_____Washington_____, _____District of Columbia_____, ___20005___,
22            (city)                        (state)                 (zip code)
23      _____(202) 434-5803_____, _____pgaffney@wc.com_____.
            (area code + telephone number)          (Email address)
24
        2.      That Petitioner has been retained personally or as a member of the law firm by
25
_____Cydan Development, Inc._____ to provide legal representation in connection with
26                  [client(s)]
27  the above-entitled case now pending before this Court.
28
                                                                    Rev. 5/16

3. That since _____01/10/1994_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____District of Columbia_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHED | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE

7.    That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____

5    STATE OF  District of Columbia    )        Petitioner's signature

6    COUNTY OF _____    )

7        _____Paul B. Gaffney_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____

10   Subscribed and sworn to before me this        Petitioner's signature

11

12   23   day of ___March___, __2018__.

13

14   _____

15   VIVIAN JOHNSON or Clerk of Court
     NOTARY PUBLIC DISTRICT OF COLUMBIA
     My Commission Expires April 14, 2019

16   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
     THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____E. Leif Reid_____,

19                                                             (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action.  The address and email address of

21   said designated Nevada counsel is:

22

23   ____Lewis Roca Rothgerber Christie LLP,  One East Liberty Street, Suite 300____,
                                    (street address)

24   _____Reno_____,  _____Nevada_____,  ____89501____,
              (city)                    (state)              (zip code)

26   ____(775) 321-3415____,  ____lreid@lrrc.com____.
     (area code + telephone number)        (Email address)

27

28                                    4                                Rev. 5/16

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ E. Leif Reid _____ as

8        his/her/their Designated Resident Nevada Counsel in this case.
                                                    (name of local counsel)

9

10       _____
         (party's signature)

11       Christoph Adams, CEO

12       _____
         (type or print party name, title)

13       _____
         (party's signature)

14

15       _____
         (type or print party name, title)

16

17                          **CONSENT OF DESIGNEE**
18       The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19                                              #13757
                                              for E. Leif Reid
20       _____
         Designated Resident Nevada Counsel's signature

21              5750                          lreid@lrrc.com
         _____
         Bar number                          Email address

22

23       APPROVED:

24       Dated: this ___27th___ day of ___March___, 20__18__

25

26       _____
27       UNITED STATES DISTRICT JUDGE

28                              5                              Rev. 5/16

Courts as to which Paul B. Gaffney is admitted:

- Supreme Court of Texas (bar number 00784096; admitted Nov. 6, 1992)

- District of Columbia (bar number 440456; admitted Jan. 10, 1994)

- U.S. District Court for the District of Columbia (admitted 1995)

- U.S. District Court for the District of Arizona (admitted 1995)

- U.S. District Court of Maryland (admitted 1996)

- U.S. Court of Appeals, Third Circuit (admitted 1996)

- U.S. Court of Appeals, Ninth Circuit (admitted 1997)

- U.S. Court of Appeals for the District of Columbia Circuit (admitted 2000)

- U.S. Court of Appeals for the Fourth Circuit (admitted 2004)

- U.S. Court of Appeals for the Second Circuit (admitted 2004)

- Supreme Court of the State of New York (admitted 2006)

- Supreme Court of the United States (admitted 2006)

- U.S. Court of Appeals for the Federal Circuit (admitted March 2, 2007)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Paul B. Gaffney*

was duly qualified and admitted on **January 10, 1994** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 16, 2018.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Paul Benedict Gaffney**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1992.

I further certify that the records of this office show that, as of this date

**Paul Benedict Gaffney**

is presently enrolled with the State Bar of Texas as an active member in good standing, but because of this attorney's voluntary non-practicing election, is not authorized to practice law in the State of Texas.



**IN TESTIMONY WHEREOF** witness my signature

and the seal of the Supreme Court of

Texas at the City of Austin, this, the

15th day of March, 2018.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 3934C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.